## BERREYESA *v.* UNITED STATES.

APPEAL FROM THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF CALIFORNIA.

No. 83.   Argued November 2 and 3, 1876. — Decided December 11, 1876.

When it does not appear that a grant from the Mexican Republic had been deposited and recorded in the proper public office, among the public archives of the republic, this court must decide adversely to a claim under it.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

Notwithstanding the great ability with which this cause has been argued before us on behalf of the appellant, we are unable to distinguish it from a large number of cases to be found in our reports, in which we have felt compelled to decide adversely to claims made under alleged Mexican grants, because it did not appear that a grant from the Mexican government had been "deposited and recorded in the proper public office among the public archives of the republic." (*United States* v. *Cambuston,* 20 How. 64; *United States* v. *Castro,* 24 How. 349; *United States* v. *Knight, Adm.,* 1 Black, 251; *Peralta* v. *United States,* 3 Wall. 440.)

The decree of the District Court is, therefore, affirmed upon the authority of those cases.                *Affirmed.*

*Mr. H. W. Carpenter* and *Mr. P. Phillips* for appellant.

*Mr. Attorney General, Mr. Montgomery Blair* and *Mr. S. O. Houghton* for appellee,